No. 107. 450 ACRES OF LAND, MORE OR LESS, IN CHATHAM COUNTY, GEORGIA, ET AL. v. UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied. *Henry Hammer* for petitioners. *Solicitor General Sobeloff* and *Assistant Attorney General Morton* for the United States, and *Eugene Cook,* Attorney General, and *Thomas H. Gignilliat,* Deputy Assistant Attorney General, for the State of Georgia, respondents.

No. 109. UNITED STATES EX REL. CZAPKOWSKI v. HOLLAND, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 3d Cir. Certiorari denied. *Filindo B. Masino* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for respondent.

No. 113. JEOFFROY MFG., INC. v. GRAHAM. C. A. 5th Cir. Certiorari denied. *W. W. Gibson* for petitioner. *Claude A. Fishburn* and *Orville O. Gold* for respondent.

No. 114. LASH v. UNITED STATES. C. A. 1st Cir. Certiorari denied. *Reginald Heber Smith* and *Joseph N. Welch* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, Joseph M. Howard* and *Dickinson Thatcher* for the United States.

No. 115. JONES v. AVCO MANUFACTURING CORP. C. A. 8th Cir. Certiorari denied. *E. A. Taylor* for petitioner. *R. Carter Tucker* for respondent.

No. 116. STERN ET AL. v. BOARD OF LEVEE COMMISSIONERS, ORLEANS LEVEE DISTRICT, ET AL. Supreme Court of